# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3: 11cr16

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KEVIN VONERIC DAVIS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's *pro se* pleading (#18) in which he attacks counsel as well as the court. The court will not consider the substance of the *pro se* pleading as provided in L.Cr.R. 47.1(H) as defendant is represented by counsel.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* pleading (#18) is deemed non-justiciable in accordance with L.Cr.R. 47.1(H).

Signed: October 31, 2011

Max O. Cogburn Jr.
United States District Judge